IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PETER WHITTINGTON,

        Plaintiff,                     No. CIV S-10-2118 EFB P

       vs.

SACRAMENTO COUNTY
MAIL JAIL, et al.,

        Defendants.              <u>ORDER</u>

      On March 30, 2012, the court ordered defendant Barbour to pay to the United States Marshal the sum of $56.02 as reimbursement for expenses it incurred in personally serving Barbour, or to show good cause for failing waive service. Dckt. No. 25. On April 12, 2012, Barbour filed a declaration in response to the order to show cause. Dckt. No. 26. Barbour's declaration demonstrates that he was not provided with an opportunity to waive personal service and did not attempt to delay or avoid plaintiff's efforts to serve him with process or otherwise litigate this case.

////

////

////

////

1

1   Good cause appearing, the court's March 30, 2012, order to show cause is discharged.
2 Further, the Clerk of the Court is directed to serve a copy of this order on the U.S. Marshal.
3 Dated: April 17, 2012.

      _/s/ Edmund F. Brennan_
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE