IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PETER WHITTINGTON,

    Plaintiff,                    No. CIV S-10-2118 EFB P

    vs.

SACRAMENTO COUNTY
MAIN JAIL, et al.,
                                ORDER AND
    Defendants.           FINDINGS AND RECOMMENDATIONS

    Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On March 19, 2012, defendant filed a motion to dismiss plaintiff's complaint. On April 17, 2012, the court ordered plaintiff to file either an opposition to the motion to dismiss or a statement of no opposition. That order warned plaintiff that failure to respond to the motion would result in a recommendation that this action be dismissed without prejudice. The time for acting has passed and plaintiff has failed to file an opposition or otherwise respond to the court's order.

    Plaintiff has also failed to notify the court of a change in his current address. On April 13, 2012, mail directed to plaintiff at his current address was returned by the Postal Service marked "Undeliverable, Not in Custody." A party appearing without counsel must keep the court and all parties apprised of his current address. E.D. Cal. Local Rule 183(b). If mail

1

directed to plaintiff is returned by the postal service and plaintiff fails to notify the court and opposing parties within 63 days thereafter of his current address, the court may dismiss the action without prejudice for failure to prosecute. *Id.*

For the foregoing reasons, it appears that plaintiff has abandoned the case.

Accordingly, it is hereby ORDERED that the Clerk randomly assign a United States District Judge to this case.

Further, it is hereby RECOMMENDED that:

1. This action be dismissed for failure to prosecute, failure to comply with court orders and failure to keep the court apprised of his current address. *See* Fed. R. Civ. P. 41(b); Local Rules 110, 183(b).

2. Defendant's motion to dismiss, Dckt. No. 23, be denied as moot.

3. The Clerk be directed to close the case.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated: May 15, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE